THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOHN HARPER and FARA HARPER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 3:19-cv-03030 |
| v. ) | |
| ) | |
| ST. JOHN'S HOSPITAL OF THE HOSPITAL ) | |
| SISTERS OF THE THIRD ORDER OF ) | |
| ST. FRANCIS, ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, by their respective attorneys, stipulate and agree that the above and foregoing cause of action be dismissed with prejudice in bar of action, costs paid, cause of action satisfied. Respectfully submitted,

BY:

/s/ *Jennifer M. Sender*
Jennifer M. Sender (ARDC No. 6207774)
Andrés J. Gallegos (ARDC No. 6212168)
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone (312) 782-9000
Facsimile (312) 782-6690
Email: jsender@rsplaw.com
Email: agallegos@rsplaw.com
*Attorneys for Plaintiffs*

BY:

/s/ *Nathan L. Wetzel*
Nathan L. Wetzel (ARDC #6283102)
GRAHAM & GRAHAM, LTD.
1201 South Eighth Street
Springfield, IL 62703
nlwetzel@ggltdlaw.com
*Attorney for Defendant*

3290543 (14216.1)

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that December 23, 2020, a true copy of the foregoing document was served on counsel of record via the United States District Court's CM/ECF electronic filing system.

>Nathan L. Wetzel
>Graham & Graham, Ltd.
>1201 South Eighth Street
>Springfield, IL  62703
>nlwetzel@ggltdlaw.com

>       /s/ *Jennifer M. Sender*
>Jennifer M. Sender (ARDC No. 6207774)
>Andrés J. Gallegos (ARDC No. 6212168)
>ROBBINS, SALOMON & PATT, LTD.
>180 North LaSalle Street, Suite 3300
>Chicago, Illinois 60601
>Phone: (312) 782-9000
>Fax: (312) 782-6690
>jsender@rsplaw.com
>agallegos@rsplaw.com